## IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF GEORGIA
### NEWNAN DIVISION

| | | |
|---|---|---|
| **KATHY BOURQUE,** | : | |
| | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | **FILE NO. 3:07-CV-021-JTC** |
| **vs.** | : | |
| | : | |
| **DALLAS A. SMITH, JR., M.D.,** | : | |
| **SOUTHEASTERN OVERREAD** | : | |
| **SERVICES, PLLC, and** | : | |
| **SOUTHEASTERN RADIOLOGY, P.A.,** | : | |
| | : | |
| **Defendants.** | : | |

## AMENDED VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW the parties, by and through their attorneys of record, Brandon R. Taylor  and Terrell W. Benton, III, and respectfully dismiss the above-styled case with prejudice.

This the 10ᵗʰ day of March, 2009.

WEBB,      LINDSEY,      WADE,
TAYLOR & THOMPSON, LLC

_____
Brandon R. Taylor
Georgia Bar No. 108752
Attorneys for Plaintiff

*Signatures continued on following page*

400 Westpark Ct. - Ste. 220
Peachtree City, Georgia 30269

**HALL, BOOTH, SMITH & SLOVER**

Terrell W. Benton, III
*(Signed by Brandon R. Taylor With Express Permission)*
Georgia. Bar No. 053740
1180 W. Peachtree St.
Atlanta, GA 30309

Attorneys for Defendants